# EXHIBIT B

**Patent Claims Analysis**

**of**

**US9426452: "Faster state transitioning for continuous adjustable 3Deeps filter spectacles using multi-layered variable tint materials"**

**against**

**Dynamic Displays LCD monitor**

# US9426452B2
United States

Inventor          Kenneth Martin Jacobs, Ronald Steven Karpf

Current Assignee  Vdpp LLC

**Worldwide applications**

2009 US 2010 US 2013 US 2014 US US 2015 US 2016 US 2017 US

| Claims priority from a provisional application | 01/23/2001 | Expired | - |

| Total patentTerm Adjustments |
| 0 |

CLAIMS

2. An apparatus comprising:

    a storage adapted to:

        store one or more image frames; and

    a processor adapted to:

        obtain a first image from a first video stream;

        obtain a second image from a second video stream, wherein the first image is different from the second image;

        stitch together the first image and the second image to generate a stitched image frame;

        generate a first modified image frame by removing a first portion of the stitched image frame;

        generate a second modified image frame by removing a second portion of the stitched image frame;

        generate a third modified image frame by removing a third portion of the stitched image frame;

        wherein the first modified image frame, the second modified image frame, and the third modified image frame are different from each other;

        identify a bridge frame;

        blend the first modified image frame with the bridge frame to generate a first blended frame;

        blend the second modified image frame with the bridge frame to generate a second blended frame;

        blend the third modified image frame with the bridge frame to generate a third blended frame;

        overlay the first blended frame, the second blended frame, and the third blended frame to generate a combined frame;

        display the combined frame.

| Row | Claim Element | Contention |
|---|---|---|
| 2.0 | 2. An apparatus comprising: | *Dynamic Displays LCD monitor* is an apparatus.<br><https://dynamicdisplay.com/product/mrd1808-405-8-4-rackmount/> © 2025 |
| 2.1 | a storage adapted to:<br><br>store one or more image frames; and | *Dynamic Displays LCD monitor has a display with Picture-by-Picture (PbP) and On-Screen Display (OSD) which means  - - It has a Storage.*<br><https://dynamicdisplay.com/product/mrd1808-405-8-4-rackmount/> © 2025 |
| 2.2 | a processor adapted to: | *Dynamic Displays LCD monitor has a display with Picture-by-Picture (PbP) and On-Screen Display (OSD) which means  - - It has a   processor.* |

| | | |
|---|---|---|
| | obtain a first image from a first video stream; | - Picture-In-Picture (PIP).<br>- Picture-Outside-Picture (POP).<br><https://dynamicdisplay.com/product/mrd1808-405-8-4-rackmount/> © 2025<br><br>*Dynamic Displays LCD monitor has Picture-By-Picture (PbP) and obtains a first image from a first video stream.* |
| 2.3 | obtain a second image from a second video stream, wherein the first image is different from the second image; | *Dynamic Displays LCD monitor has Picture-By-Picture (PbP) and obtains a second image from a second video stream.*<br><br>- Picture-In-Picture (PIP).<br>- Picture-Outside-Picture (POP).<br><https://dynamicdisplay.com/product/mrd1808-405-8-4-rackmount/> © 2025<br><br>*Since the two video streams are different, the first image is different from the second image.* |
| 2.4 | stitch together the first image and the second image to generate a stitched image frame; | *Dynamic Displays LCD monitor stitches the different input frames together.*<br><br>*<https://dynamicdisplay.com/product/mrd1808-405-8-4-rackmount/> @ 2025* |
| 2.5 | generate a first modified image frame by removing a | *Dynamic Displays LCD monitor has an LCD display screen.* |

| | | |
|---|---|---|
| | first portion of the stitched image frame; | > 8.4 In SVGA TFT LCD Display with Solid State LED Backlight.<br><br><<https://dynamicdisplay.com/product/mrd1808-405-8-4-rackmount/>> © 2025<br><br>*Since it is an LCD display screen, Dynamic Displays LCD monitor removes the Green and Blue color from the stitched image frame (leaving just the Red) to generate a first modified image frame.* |
| 2.6 | generate a second modified image frame by removing a second portion of the stitched image frame; | *Dynamic Displays LCD monitor has an LCD display screen.*<br><br>> 8.4 In SVGA TFT LCD Display with Solid State LED Backlight.<br><br><<https://dynamicdisplay.com/product/mrd1808-405-8-4-rackmount/>> © 2025<br><br>*Since it is an LCD display screen, Dynamic Displays LCD monitor removes the Red and Blue color from the stitched image frame (leaving just the Green) to generate a second modified image frame.* |
| 2.7 | generate a third modified image frame by removing a third portion of the stitched image frame; | *Dynamic Displays LCD monitor has an LCD display screen.*<br><br>> 8.4 In SVGA TFT LCD Display with Solid State LED Backlight.<br><br><<https://dynamicdisplay.com/product/mrd1808-405-8-4-rackmount/>> © 2025<br><br>*Since it is an LCD display screen, Dynamic Displays LCD monitor removes the Red and Green color from the stitched image frame (leaving just the Blue) to generate a third modified image frame.* |
| 2.8 | wherein the first modified image frame, the second modified image frame, and the third modified image | *The first modified image frame, the second modified image frame, and the third modified image frame are different from each other*<br><br>*SINCE*<br>*they are different colors.* |

| | | |
|---|---|---|
| | frame are different from each other; | |
| 2.9 | identify a bridge frame; | *Dynamic Displays LCD monitor generates On-Screen Display (OSD) to set the parameters of the display.*<br><br>*The On-Screen Display (OSD) is the bridge frame.*<br><br>&lt;https://dynamicdisplay.com/wp-content/uploads/2019/03/MRD1808-405-Dual-Rackmount-COTS-8.4-In-Color-LCD-Monitor-Brochure.pdf&gt; © 2019 |
| 2.10 | blend the first modified image frame with the bridge frame to generate a first blended frame; | *[Note: The On-Screen Display (OSD) is created by Dynamic Displays LCD monitor.]*<br><br>&lt;https://dynamicdisplay.com/wp-content/uploads/2019/03/MRD1808-405-Dual-Rackmount-COTS-8.4-In-Color-LCD-Monitor-Brochure.pdf&gt; © 2019<br><br>*Since it is an LCD display screen, Dynamic Displays LCD monitor blends the first modified image frame with the bridge frame (On-Screen Display (OSD)) to generate a first blended frame.* |
| 2.11 | blend the second modified image frame with the bridge frame to generate a second blended frame; | *[Note: The On-Screen Display (OSD) is created by Dynamic Displays LCD monitor.]*<br><br>&lt;https://dynamicdisplay.com/wp-content/uploads/2019/03/MRD1808-405-Dual-Rackmount-COTS-8.4-In-Color-LCD-Monitor-Brochure.pdf&gt; © 2019<br><br>*Since it is an LCD display screen, Dynamic Displays LCD monitor blends the second modified image frame with the bridge frame (On-Screen Display (OSD)) to generate a second blended frame.* |
| 2.12 | blend the third modified image frame with the bridge frame to generate a third blended frame; | *[Note: The On-Screen Display (OSD) is created by Dynamic Displays LCD monitor.]*<br><br>&lt;https://dynamicdisplay.com/wp-content/uploads/2019/03/MRD1808-405-Dual-Rackmount-COTS-8.4-In-Color-LCD-Monitor-Brochure.pdf&gt; © 2019<br><br>*Since it is an LCD display screen, Dynamic Displays LCD monitor blends the third modified image frame with the bridge frame (On-Screen Display (OSD)) to generate a third blended frame.* |

|  |  |  |
|---|---|---|
| 2.13 | overlay the first blended frame, the second blended frame, and the third blended frame to generate a combined frame; | *Dynamic Displays LCD monitor overlays the first blended frame, the second blended frame, and the third blended frame to generate a combined frame.* |
| 2.14 | display the combined frame. | *Dynamic Displays LCD monitor displays the combined frame.* |