# EXHIBIT D

**Patent Claims Analysis**
**of**
**US9716874 "Continuous adjustable 3Deeps Filter Spectacles for optimized 3Deeps stereoscopic viewing, control method and means therefor, and system and method of generating and displaying a modified video"**

**against**
**Dynamic Displays LCD monitor**

# US9716874B2

United States

Inventor         Kenneth Martin Jacobs, Ronald Steven Karpf

Current Assignee   Vdpp LLC

Worldwide applications

2008  US  2009  US  EP  CN  CN  2011  US  2012  US  2014  US  US  US  2016  US

| Claims priority from a provisional application | | 01/23/2001 | Expired |
|---|---|---|---|

| Total patentTerm Adjustments |
|---|
| 0 |

CLAIMS

1. A method for generating and displaying modified video, the method comprising:

(1) acquiring a source video comprising a sequence of image frames;

(2) obtaining a first image frame based on a selected one of the image frames of the source video;

(3) generating a modified image frame by performing one of:

(i) expanding the first image frame;

(ii) removing a first portion of the first image frame; and

(iii) stitching together the first image frame with a second portion of a second image frame; and

(4) generating a first altered image frame that includes first and second non-overlapping portions, wherein the first non-overlapping portion comprises a first selected portion of the modified image frame, wherein the first image frame does not include the second non-overlapping portion, wherein the modified image frame does not include the second non-overlapping portion; and

(5) generating a second altered image frame that includes third and fourth non-overlapping portions, wherein the third non-overlapping portion comprises a second selected portion of the modified image frame, the second selected portion of the modified image frame being different from the first selected portion of the modified image frame, wherein the first image frame does not include the fourth non-overlapping portion, wherein the modified image frame does not include the fourth non-overlapping portion.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for generating and displaying modified video, the method comprising: | *Dynamic Displays LCD monitor implements the Method of Claim 1.*<br><br><br><br>**8.4" MRD1808-405 DUAL RACKMOUNT COTS COLOR LCD MONITOR, ACTIVE BUFFERED LOOP-THRU VIDEO**<br><br>MRD1808-405 Dual Rack Mount 8.4" FLIR-compatible Monochrome LCD monitor with Differential Video Input.  The MRD1808 series of Rugged Rack Mount LCD Monitors are designed specifically for COTS Military Display applications.<br><br>Occupying only 6 rack units of a standard EIA RS310 D – 19" equipment rack, yet having two high resolution 8.4" LCD screens with completely independent OSD controls and video inputs. The 8 inch MRD1808-405 Dual Rack Mount Monochrome LCD Monitor provides image reproduction that exceeds all other displays available in a similar form factor.<br><br><https://dynamicdisplay.com/product/mrd1808-405-8-4-rackmount/> © 2025 |
| 1.1 | (1) acquiring a source video comprising a sequence of image frames; | *This is how Dynamic Displays LCD monitor works (or any monitor).*<br><br>*For video, it displays a sequence of image frames.* |
| 1.2 | (2) obtaining a first image frame based on a selected one of the image frames of the source video; | *This is how Dynamic Displays LCD monitor works (or any monitor).*<br><br>*For video, it obtains an image frame based on a selected one of the image frames of the source video.* |
| 1.3 | (3) generating a modified image frame by performing one of:<br><br>(i) expanding the first image frame; | *Dynamic Displays LCD monitor has Picture-by-Picture (PbP).*<br><br>*(iii) Dynamic Displays LCD monitor stitches together the first image frame with a second image frame to generate a modified image frame.*<br><br>*Dynamic Displays LCD monitor stitches the different input frames together.  Dynamic Displays LCD monitor generates a single image (stitched image frame) by stitching the image frames together.* |

| | | |
|---|---|---|
| | (ii) removing a first portion of the first image frame; and<br><br>(iii) stitching together the first image frame with a second portion of a second image frame; and | **• Picture-In-Picture (PIP).**<br><br>**• Picture-Outside-Picture (POP).**<br><br><https://dynamicdisplay.com/product/mrd1808-405-8-4-rackmount/> © 2025 |
| 1.4 | (4) generating a first altered image frame that includes first and second non-overlapping portions, | *Dynamic Displays LCD monitor has an On-Screen Display (OSD) by which it generates a first altered image frame that includes first and second non-overlapping portions.*<br><br>*The first non-overlapping portion is the top half of the modified image frame.*<br><br>*The second non-overlapping portion comprises a first colored OSD menu.*<br><br>Display Controls \| OSD (On Screen Display) – Full functions<br><br><https://dynamicdisplay.com/wp-content/uploads/2019/03/MRD1808-405-Dual-Rackmount-COTS-8.4-In-Color-LCD-Monitor-Brochure.pdf> © 2019 |
| 1.5 | wherein the first non-overlapping portion comprises a first selected portion of the modified image frame, | *The first non-overlapping portion comprises a first selected portion of the modified image frame.  The second non-overlapping portion comprises one portion of the On-Screen Menu (OSD).* |
| 1.6 | wherein the first image frame does not include the second non-overlapping portion, | *The first image frame does not include the second non-overlapping portion because the second non-overlapping portion includes a first portion of the On-Screen Display (OSD) menu.* |
| 1.7 | wherein the modified image frame does not include the second non-overlapping portion; and | *The modified image frame does not include the second non-overlapping portion because the second non-overlapping portion includes a first portion of the On-Screen Display (OSD) menu.* |
| 1.8 | (5) generating a second altered image frame that includes third and fourth non-overlapping portions, | *Dynamic Displays LCD monitor has an On-Screen Display (OSD) by which it generates a second altered image frame (not shown - but where a different OSD option is chosen) that includes third and fourth non-overlapping portions (different from the first altered image frame since different options are chosen from the OSD menu.*<br><br>*The third non-overlapping portion comprises the bottom half portion of the modified* |

| | | |
|---|---|---|
| | | *image frame.*<br><br>*The fourth non-overlapping portion comprises the second colored OSD menu.*<br><br>Display Controls │ OSD (On Screen Display) – Full functions<br><https://dynamicdisplay.com/wp-content/uploads/2019/03/MRD1808-405-Dual-Rackmount-COTS-8.4-In-Color-LCD-Monitor-Brochure.pdf> © 2019 |
| 1.9 | wherein the third non-overlapping portion comprises a second selected portion of the modified image frame, the second selected portion of the modified image frame being different from the first selected portion of the modified image frame, | *The third non-overlapping portion comprises a second selected portion of the modified image frame that is different from the first selected portion of the modified image frame because they are different portions of the modified image frame (top and bottom of the modified image frame).* |
| 1.10 | wherein the first image frame does not include the fourth non-overlapping portion, | *The first image frame does not include the fourth non-overlapping portion because the fourth non-overlapping portion includes a second portion of the On-Screen Display (OSD) menu.* |
| 1.11 | wherein the modified image frame does not include the fourth non-overlapping portion. | *The modified image frame does not include the fourth non-overlapping portion because the fourth non-overlapping portion includes a second portion of the On-Screen Display (OSD) menu.* |